# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| TYRELL HART,<br><br>     Petitioner<br><br>     v.<br><br>PHILADELPHIA COURT OF COMMON PLEAS,<br><br>     Respondent | : No. 3 EM 2015<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.